**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-MJ-00117-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  BENNY WATTS,**

**Defendant.**

---

**MINUTE ORDER RE-SETTING TIME FOR
DETENTION AND PRELIMINARY HEARINGS**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defense Counsel, John Baxter, has a conflicting court appearance with the time initially set for the detention and preliminary hearing in this matter, therefore;

**IT IS HEREBY ORDERED** that the Detention and Preliminary Hearing previously scheduled for April 5, 2011 at 3:00 p.m. is **VACATED and RESCHEDULED for April 5, 2011 at 4:15 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: April 4, 2011.**

                                                               **BY THE COURT:**

                                                                **s/David L. West**
                                                                **United States Magistrate Judge**